UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR -4 PM 2:25

CLERK

BY _____
DEPUTY CLERK

Mr. Edward J. Latimer
Mr. John F. Latimer
_____
Plaintiff(s)

vs.                                      Civil Action No: 2:24-CV-249

United State. of Dept'
of Defence
_____
Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at Burl., Vermont, this 4 day of Mar, 2024

_____
Plaintiff

(Rev. 3/12)