United State,s District Court.

Petitioner,s
MR. Edward J. Latimer,
Mr John F. Latimer,
Mr. Robert M. Latimer.

Docket NO
2:24-CV-249

vs.

US. Dept. of Defence
Respondent,s

Compliant.

Statement of facts

1). Statement of facts

This case is reguarding Are Father Mr. Arthur J Latimer Id. No. 22891765 who was member of the Army National Guard 131 first; Enginneer At Camp Johnson in Vermont

Are Father was called Active Duty during the Cuban Missle Crisis. He was ordeed to Fort Devens in Mass.

Soil And groundwater contamintion resulted from Military Activites At this site since (1917) In (1989) E.P.A. Added this site to the N.P.L.?
 ∴ National Priorites List??
Reseach shows Adver health effects most likely occur within A 1.8 mile boundary Around A Superfund site 2/16/2022 Potentially exposing them All to harmful Chemicals And Toxins such As lead, Arsenic, And Mercury. An endangers water /supply Air quality And ground conditions leading to detrimental

Statement of fact,s

2).

Due to extensive Enrionmental Contamination, It was lasted as a Superfond Site and was closed in (1996) And reopen the next day. Art Latimer Died on July 27,(1963) Dog Tag No. 22 891765.

The Record will trimly show that are father Death was Aggravated by the time in Fort Devens is a Toxic Chemical Dump, D.D.T & Benzene,s Soil ground water well Contamintion, And more

1) Sub Stantard Drink water
2) Sub stantard Houing living Quarters
3) Violated the 8 mentment Cruel & UN Pushment
4) Toxic,s water Claims
5) Heary Leaded Paint,s
6) Toxic Pipes And Chem,wel do to Control insect,s with DDT 50 lbs Bag,s mixed and Placed in a fogger Truck.

) Stateman of Fact,s

Mr. Latimer was the said Person doing the sparying in the said fogger Truck in the early 60s Mr. Latimer could not read or write an got all the shit job,s
The sparying mix had Radioactive Parcel
—Addi to it
The Medical evidence is very well grounded in LAW.
  Rabideran vs Derwinski
2 vet App 141-143 (1992)

See 28 USC, 2674, cf
  D Ambra vs. United States
481 F2d 14 1st (1973)

Fort Devens has over 5000 Aerks over 100 site,s that,s were Contatminted the Government has NO!, Defence other than more lies

We will not stop until hell freezze over!

4) Statement of Facts

Mr. Latimer did not sign up for the Army National Guard for the chance of contracting a terminal illness like Leukmia while seving his country an die at age 34 years old. The wells in Fort Devens has Prolific Contaminition in this said Water system the E.P.A. they said there was cancer causing evidence.

This office has Authority to investigate, an in some case Adjudicate settle Claims, set forth in Medical Care Recovery Act 42 U.S.C. 2651 - 2653 an 10 USC 1095, B for incident giving rise to Claims that occured.

The said US. Goverment Knowingly aloud Persons or Person to live in this extensive environmenmenital Contimination for years

5)  Statement of Facts

Devens has been leaking creosote and other carcinogenic chemicals P.D.F. into the said groundwater and soil.

Overtime exposure to these chemicals an toxins has created a cancer cluster P.D.F. affecting adults and children.

See 28 USC 2674 ef D'Ambra vs. United States 481 F2d 14 1st (1973)

Negligence is entited to recover damges as provided in the Mass Wrongful Death Act, Gen.

The Mass + Vt. Statute allows a decedents or next of kin to recover damages Army Physicians were neglient in all there Actions on these part.

## Statement of Facts

8) Mr. Art Latimer was released from the United States Army under the said (Hardship Case) when in fact Army Doctors at this time new he was very sick with (Acute ~~anemia~~ Leukmia) and did not want to be held reponiabe for the (lack of medical care)!

The U.S. Goverment has been killing it's own Service members for many,s it's a (Fact).
See said Paperwork on request. (I know)!

United States Goverment Passed a New Law called the Packed Act to Protect All Service members not ownly Marines it took fifty+ years for the Goverment to Admit they Mess up. you have all the medical Records The United States Goverment has little to know (Defence) in this matter? Please See, Records from the Mass Dept. of Environmental Protection See, Records Paperwork on request.

Statement of Facts

7). Soil and groundwater contamination resulted from Military Activites at the site since (1917) In (1989) E.P.A Added this site to the N.P.L.

1. National Priorites List.

Reseach shows Adver health effects most likely occur within a 1.8 mile boundary around a Superfund site 2/16/2020

Facts
Appoximately 21 million people live within a (mile) P.D.F. of a Superfund site potentially exposing them all to harmful Chemicals and Toxins such as lead, Arsenic, and Mercury, The release of these Chemicals can endanger water supply Air quality, and ground conditions leading to detrimental Community health Consequences

1). Petitioner are filing a Administrative Claims FTC.A. For damage,s

2.) Compensatory Damage,s in the Amount of (3) Hundred Million dollars + an Punitive damage,s in the Amount of (13) million dollar,s

This Law suit is Repectfully submitted

To Be Amended By Professition Attorney

Dated 3 4 24

Sign Edward J. Latimer

Sign:

Sign.